IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| CARL FRAZIER, JR., ) | |
| Reg # 16531-075 ) | |
|    Petitioner, ) | **Case No. 2:13-CV-000101 JLH-JTK** |
| ) | |
| v. ) | |
| ) | |
| ANTHONY HAYNES, Warden, ) | |
| FCI- Forrest City ) | |
|    Respondent. ) | |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 9th day of June, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE