# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| CARL FRAZIER, JR., <br> Reg # 16531-075 <br>    Petitioner, <br> <br> v. <br> <br> ANTHONY HAYNES, Warden, <br> FCI- Forrest City <br>    Respondent. | ) <br> ) <br> )   **Case No. 2:13-CV-000101 JLH-JTK** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 9th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE